# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN T. HILL,<br><br>            Plaintiff,<br><br>        v.<br><br>RALPH DIAZ, et al.,<br><br>            Defendants. | Case No. CV 19-8989-MWF(JC)<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S ORDER RE DISMISSAL OF SECOND AMENDED COMPLAINT AGAINST DEFENDANTS B. LAYES, L. WARREN, K.J. ALLEN, M. VOONG, AND R. DIAZ |

The Court has reviewed the docket in this action, the Second Amended Complaint ("SAC") (Docket No. 44), Order Dismissing Second Amended Complaint as Against Multiple Defendants With Leave to Amend and Directing Plaintiff to Respond to Order ("Order") (Docket No. 45), Plaintiff's Notice of Intent to Stand on the Second Amended Complaint ("Notice") (Docket No. 46), and Plaintiff's Objections to the Magistrate Judge's Order of Dismissal of the Second Amended Complaint ("Objections') (Docket No. 47).  The Court construes Plaintiff's Objections as a motion for review of a non-dispositive ruling under Local Rule 72-2.

///

1    The Court accepts the Order dismissing the SAC with leave to amend against

2    five of the seven Defendants for failure to state a claim.  In light of Plaintiff's filing of

3    the Notice and the fact that he fails to state a claim against five of the Defendants, the

4    case is dismissed as against the five Defendants – B. Layes, CMC Office Technician;

5    Captain L. Warren, Appeals Examiner; M. Voong, Chief of the CDCR's Office of

6    Appeals; Ralph Diaz, Secretary of the CDCR; and K.J. Allen, Appeals Examiner – for

7    failure to state a claim.  Plaintiff's action will proceed as against the two remaining

8    Defendants – Jim Bonnifield, CMC Community Resources Manager, and Josie

9    Gastelo, CMC Warden.

10    The judgment dismissing the five Defendants will occur when the case is

11    complete as to all Defendants.

12    **IT IS SO ORDERED.**

13

14    Dated:  January 30, 2023

15    _____
      MICHAEL W. FITZGERALD
      United States District Judge