**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRIAN T. HILL,

          Plaintiff,

    v.

JIM BONNIFIELD, et al.,

          Defendants.

Case No. CV 19-8989-MWF(JC)

**JUDGMENT**

      Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge in Part, IT IS ADJUDGED that the Motion to Dismiss is **GRANTED** and this case is **DISMISSED** with prejudice.

Dated:  April 12, 2024

_____

MICHAEL W. FITZGERALD
United States District Judge